IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.                                                            NO.  4:16-CR-20-001(CDL)

**WILFRED E. WRIGHT**

## <u>ORDER</u>

On October 6, 2025, Supervised Releasee, Wilfred E. Wright, appeared before this Court for a Final Hearing on Revocation of Supervised Release. After testimony from the U.S. Probation Office and Wright, the Court concluded the conditions of supervised release had been violated as outlined in Violation Numbers 1 through 5 of the *Petition for Warrant or Summons for Offender Under Supervision* (ECF No. 76). The Court issued an oral order from the bench.  Today's order memorializes that oral order in writing to avoid any misunderstanding and to facilitate the Probation Office's continued supervision of Mr. Wright.

The Court ordered that sentencing on the pending petition for revocation be held in abeyance for a period of 12 months. During the 12 months, the Court further directed that Wright continue the term of supervised release as ordered April 11, 2017 (ECF No. 44). All conditions of supervision imposed on that date remain in effect, with the following modifications:

1.  You shall participate in a mental health treatment program and comply with the treatment regimen of your mental health provider. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program and monitoring your participation in the program.  You shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

2.  You shall participate in an anger management counseling program and follow the rules and regulations of that program. The probation officer, in consultation with the program provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.)

3.  You shall share your private mental health provider information with the U.S. Probation Office and sign a Release of Information for that provider allowing the U.S. Probation Office to contact that provider and obtain information.

4.  You shall participate in a program of drug and alcohol testing and treatment. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program, administering the testing, and supervising the treatment.  You shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

5.  Technology Access Program (TAP) Level 3 Conditions, as previously imposed, including the following:

    -   You shall submit to the installation of monitoring hardware, software or services that the Probation Office will use to manage and view your computer and Internet activity. You may be required to pay all expenses related to this monitoring.

    -   You shall submit your computer, associated hardware, cellular devices and digital media for review by the Probation Office. The review may include data you have stored on remote servers, such as cloud storage, social media applications or any other online account or service.

    -   You shall provide the Probation Office with truthful and complete information regarding all computer hardware, software, Internet providers, cellular devices and storage media to which you have access, whether at home, work, or other locations. You shall also provide all passwords used on your computer, cellular devices and online accounts.

    -   You are only authorized to use computers or cellular devices that are approved by the Probation Office. Any computer or cellular device in your residence or possession must be approved by the Probation Office.

    -   You shall not own or possess any type of camera, photographic device or video producing device without the approval of the Probation Office.

    -   You shall not use any network or Internet connection other than those which are authorized by the Probation Office.

    -   You are prohibited from access to the Internet or any public or private computer network at any location unless approved by the Probation Office. This includes but is not limited to computers or devices located in private homes, libraries, schools, cyber cafes or other public or private locations.

    -   You shall not use or own any device which allows Internet access unless approved by the Probation Office. This includes but is not limited to PDAs, electronic games, Internet appliances and cellular devices.

    -   All repairs to your authorized computer systems and cellular devices must be pre-approved by the Probation Office. Repairs must be performed by repair locations approved by the Probation Office. Documentation indicating repairs and reason for repairs must be obtained and submitted to the Probation Office.

    -   You shall not make modifications or install software on authorized computer systems or cellular devices without pre-approval by the Probation Office.

    -   You shall not dispose of computers, storage devices or other Internet capable devices without the approval of the Probation Office.

- You will allow the Probation Office to use detection tools to discover the existence of wireless Internet signals or devices at your residence.

- You shall relinquish possession of your computer and associated hardware and media to the Probation Office at the onset of the modified supervision conditions, if a review cannot be completed onsite or if prohibited content is discovered.

- You shall not possess or use removable media configured with bootable operating systems or portable web browsers.

- You shall obtain approval and authorization by the Probation Office prior to establishing and/or accessing email accounts, chat rooms, instant messaging services, social networking sites, peer-to-peer networks or other online environments.

A Final Hearing on Revocation of Supervised Release, at which time sentencing on the pending revocation will occur, will be scheduled for the end of the 12-month abeyance period

**SO ORDERED** this 12th day of November, 2025.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA